## US DISTRICT COURT for the DISTRICT OF COLUMBIA

July 8, 2016

Dr. Robert G. Modrall
1725 LINCOLN RD NE
WASHINGTON, DC 20002
vs.

Johns Hopkins University: SAIS

Peter Lewis, Sarah Cook, Khorey Baker

Case: 1:16-cv-01566
Assigned To : Unassigned
Assign. Date : 8/2/2016
Description: Pro Se Gen. Civil (F Deck)

### COMPLAINT

Upon providing evidence of misconduct to Johns Hopkins University administrative staff and faculty the children in their employ mistakenly took it upon themselves to retaliate against the victim and whistleblower despite the fact the documentation provided clearly demonstrates that the plaintiff is in the right and has more authority than anyone on the JHU staff as they were provided with recusals from three Federal Judges and three waivers from Solicitor General Donald Verrilli. It is not an error on my part that they are ignorant of the law and it rather poorly reflects on the quality of the education provided by the institution in this brief professional affiliation. Their actions have been disruptive and caused considerable and perhaps irreparable harm to a victim, Federal Witness, student, and visiting scholar.

Their actions were reported to Dean Nasr, the Provost, and the President. Also, the Office of Institutional Equity and a police report was filed with DC MPD. I request an immediate injunction in order to prevent this young people from causing additional damage without proper authorization. They are in breach of contract relating to a student financial award which has previously been granted and accepted. These funds are already allocated towards the Preparing Global Leaders Summit in Moscow, Russia and travel expenses to begin a PhD in Paris, France in September. The student has had no financial assistance in 9 months and application fees for PhD admissions, enrollment and security deposits, vaccinations, and fees with the French Consulate for long term Schengen Visa processing are substantial. The student has already made a substantial investment in these endeavors. Not to mention the years of preparation which were necessary even to qualify for this process which has consumed several months simply with the admissions process and some months more in planning.

The Involuntary leave of Absence should be withdrawn immediately and funding returned as agreed. Also, these young people should be trained in how to respond when an issue of misconduct is reported as their indiscretion would put the lives of many students in danger. They are poorly prepared which is especially embarrassing in city like Washington, DC which is a target for radical extremists such as the 9/11 incident. It is a travesty that the educational system has failed these young people to such an extent that they are hardly literate.

Respectfully submitted,

*[signature]*

Dr. Robert G. Modrall

**RECEIVED**
JUL 1 1 2016

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

# JOHNS HOPKINS
UNIVERSITY

## APPEAL PROCESS FORM

### PART I

Staff Member __Robert G. Modrall_____ Position Title __Visiting scholar, International Development__

Home Address __1725 Lincoln Rd. NE_____ Telephone #/E-mail __(423)661-9420/rmodrall@catt.com__

Department/Division __SAIS_____ Work Telephone Number __(202)526-8760__

Immediate Supervisor __Khorey Baker_____ Work Telephone Number _____

Nature of Appeal   ☐ Suspension   ☐ Termination   ☐ Other (*Specify*)   Involuntary Leave of Absence_____

Date of action that prompted appeal __July 5, 2016__  Date supervisor advised of appeal __July 5, 2016__

Explain the specific appeal _The children on staff at SAIS forced an Involuntary leave of Absence as a result of their ignorance and incompetence. They made foolish rash decisions causing considerable hardship and perhaps irreparable harm to a colleague who is more highly educated and professionally qualified than they are despite being provided with supporting documentation far superior to anything within the institution which clearly provides authority over their superiors, superiors, superiors. Solicitor General Donald Verrilli has waived the entire Federal governments ri ht to respond before the Supreme Court which essentially gives me more authority and clearance than anyone in the country: FBI, DEA, CIA, US Marshall's, etc._

What resolution are you seeking? _Merely reinstatement of prior status and agreed upon funding to move forward to complete doctoral studies abroad with proximity to the European Commission on Human Rights and the International Criminal Courts for the sake of ongoing personal development and research necessity as all domestic remedy has been exhausted and accountability and compliance within the United States to Rule of Law and necessary reform should be encouraged both by popular vote and diplomatic influence from abroad in the best interest of the American people who are being preyed upon by the current regime. This entire ordeal has been the result of gross negligence, criminal misconduct, hostile retaliation, and discrimination on the part of JHU SAIS staff upon a victim and Federal Witness who provided not only the recusals of three Federal Judges but three waivers from Solicitor General Donald Verrilli of the United States governments right to respond before the Supreme Court. No fault has been made by the student whatsoever. Crimes were reported to appropriate administrative staff who were incompetent and took it upon themselves to commit additional crimes causing further hardship to the victim. The university similar to other NGO's and multilateral human rights treaty organizations has a responsibility to protect which means standing up to corrupt power abusing politicians and advocating for the rights of those most vulnerable who are unable to do so for themselves._

Staff Member's Signature __Robert Modrall__   Date __7/6/16__

### PART II

Supervisor's Response _____

Supervisor's Signature _____   Date _____

### PART III

☐ I accept the supervisor's response.*   ☐ I am not satisfied with the supervisor's response and request a written response from the department head/designee.

Staff Member's Signature _____ Date _____

## PART IV

Department Head's/Designee's Response
_____
_____

Department Head's/Designee's Signature                                          Date

## PART V

☐ I accept the department head's/designee's response.*   ☐ I am not satisfied with the department head's/designee's written response and request a review of my appeal.

Staff Member's Signature _____ Date _____

## PART VI

University's Response
_____
_____

Vice President for Human Resources                                              Date

Revised July 2011

* If the response is accepted, forward a copy of the form to your divisional Human Resources Department.

## Instructions for Completing Appeal Process Form

Read the Appeal Process for The Johns Hopkins University (Section 8, Personnel Policy Manual) or check the web site at http://hrnt.jhu.edu/pol-man/section/section8.cfm.

The University's Appeal Process is designed to provide prompt and orderly resolution to issues arising in the course of employment. Since many work-related issues can be settled in conversation, the staff member and the supervisor are encouraged to meet to achieve resolution to the complaint or issue. An earnest effort should be made to resolve the issue as promptly as possible. If resolution is not reached, the staff member can file an appeal in accordance with the University's Appeal Process.

The appeal can be presented on the Appeal Process Form or in a letter that includes the nature of the appeal (including dates) and the proposed resolution to the issue.

The University provides trained Human Resources staff to serve as appeal advisors. The role of the advisor is to provide information to staff members who may be considering filing an appeal, and to supervisors/managers who receive an appeal. Additionally, an appeal advisor can be consulted after an appeal is initiated. For more information regarding the role of appeal advisors, visit http://hrnt.jhu.edu/directory/group.cfm?group=griev.

Presentation and processing of an appeal will depend upon the nature of the appeal.

### A.   Appeal Involving Suspension or Termination

An appeal involving suspension or termination is to be submitted in writing directly to the department head within five (5) working days following receipt of notice of the suspension or termination. The time limits described in Steps 2 and 3 below apply.

### B.   Appeal Related to Employment

An eligible staff member has the right to present to the University an appeal related to employment.

Step 1: The appeal must be in writing and be presented to the supervisor within 10 working days of an occurrence and/or within 10 working days of the staff member having reasonable knowledge of the occurrence. The supervisor is to provide a written response within five (5) working days of receiving the appeal <u>OR</u> advise the staff member that more time is needed and the response will be rendered by a specific date. If the supervisor does not provide a timely response, the staff member can present the appeal in writing to the department head. The appeal must be presented in writing within five (5) working days of the date the decision was due. Failure to present the appeal within five (5) working days to the department head will result in the appeal being considered settled.

Step 2: Within ten (10) working days after receipt of the appeal, the department head or designee will provide a written response to the appeal <u>OR</u> advise the staff member that more time is needed and the response will be rendered by a specific date. If a timely response is not provided, the staff member can present the appeal in writing to the Vice President for Human Resources. The appeal must be presented within five (5) working days from the date on which the decision was due. Should the staff member fail to present the appeal within five (5) working days, the appeal will be considered settled.

Step 3: Following receipt of the written request for review of the appeal, an appeal panel will be established to consider the appeal. The staff member has the right to choose one panel member from the available pool of eligible participants. The panel will investigate the appeal and submit a recommendation to the Vice President for Human Resources, who renders the final decision of the University.



**This incident has been reported to the Metropolitan Police Department and is pending approval**

Metropolitan Police Department
300 Indiana Ave, NW
Washington, DC 20001
202-727-4111

## General Information
| | |
|---|---|
| Incident Type | Destruction of Property |
| Tracking Number | T16002760 |
| Report Date | 07/06/2016 07:42 AM |

## Reporting Person Information
| | |
|---|---|
| Name | Modrall, Robert Gregory |
| Home Address | 1725 Lincoln Road Northeast, Washington, DC 20002, US |
| Home Phone | 423-661-9420 |
| Mobile Phone | 423-661-9420 |
| Email | rmodrall@catt.com |
| Business/Employer Name | The Home Depot/Johns Hopkins |
| Work Address | 901 Rhode Island Avenue Northwest, Washington, DC 20009, US |
| Work Phone | 202-526-8760 |
| Race | White |
| Ethnicity | Not of Hispanic Origin |
| Resident Status | Resident |
| Sex | Male |
| DOB | 05/07/1979 |
| ID Type | State ID |
| ID State | Georgia |
| ID Number | 054324826 |

## Incident Information
| | |
|---|---|
| Incident Location | 1779 Massachusetts Avenue Northwest, WASHINGTON, DC 20036 |
| Incident Time (start) | 07/05/2016 09:15 AM |
| Incident Time (end) | 07/05/2016 09:15 AM |
| Location Type | School-college/University |
| Point of Entry | Front |
| Bias Motivation | POLITICIAL AFFILIATION |
| Graffiti Involved? | No |

## Property Information
**No 1**
| | |
|---|---|
| Type | OTHER |
| How Many | 1 |
| Damaged Value ($) | 10000000 |
| Property Description | Ten year of another individuals life and a substantial financial investment |

## Narrative
| | |
|---|---|
| Incident Description | On July 5, 2016 I received email correspondence from Associate Dean Peter Lewis regarding an involuntary leave of absence. Mr. Lewis is an irresponsible child and so are his subordinates. This is intentional malicious mischief and vandalism on victim, Federal Witness, and |

visiting scholar who has already provided documentation proving that he is more highly qualified than anyone in the building including Solicitor General Donald Verrilli's confession on three separate occasions when he plead the fifth before the Supreme Court to armed robbery, attempted murder, refusing Witness Protection, drug/human trafficking, torturing a student, victim, Federal Witness, and volunteer preschool teacher serving the developmentally disabled. It is embarrassing to Johns Hopkins University and the educational system nationwide in the United States that these young people are so poorly prepared and lack such rudimentary life skills. They do not understand the most basic concepts or procedures. I have had to spoon feed and educate with each conversation when. They do not know what to do when a crime is reported. Rather than contact an appropriate authority they commit additional crimes and hostile retaliation on the victim. This is either ignorance or discrimination and blatantly abusive behavior. They have caused considerable hardship and possibly irreparable harm from breach of contract and furthered egregious human rights abuses on into indefinite perpetuity which were nearly at an end. They have hindered doctoral studies in France by pulling funding when in fact none of the ladies in that facility should be allowed to have any responsibility for money whatsoever. Also, participation in the Preparing Global Leaders Summit in Moscow. They misuse public funds and private philanthropic donations to buy alcohol and pass it out to students. In addition to your office this matter has been reported to the JHU Presient, Provost, administration, Office of Institutional Equity.

Print This Report